IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AARON HURST**                                                                              **PLAINTIFF**

v.                              Case No. 3:23-CV-195

**DMC, LLC**                                                                                **DEFENDANT**

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW Plaintiff Aaron Hurst, by and through his attorney Chris Burks of WH Law, PLLC, and for his Motion for Entry of Default Judgment ("Motion"), does hereby state and allege as follows:

1. By this Motion, Plaintiffs seek a default judgment for violations of the Fair Labor Standards Act and Arkansas Minimum Wage Act.

2. Plaintiff filed this lawsuit on September 20, 2023.

3. Defendant's registered agent for service was served with the Complaint and Summons on October 4, 2023.

4. Defendant's deadline for filing and service an Answer or Motion to Dismiss was October 26, 2023.

5. Defendant has not filed or served an Answer or Motion to Dismiss in accordance with Rule 12(a)(1) of the Federal Rules of Civil Procedure.

6. Defendant DMC, LLC is in default. *See* ECF No. 4 (Clerk's entry of default as to defendant).

7. Plaintiff was employed by Defendant as an installer of fiber optic cable.

8. Plaintiff regularly worked between forty (40) and sixty (60) hours a week.

9. Plaintiff was paid a set rate of pay based on the amount of cable he installed, which was tracked via an Excel spreadsheet.

10. Defendant paid Plaintiff via mobile payment services like Cash App or Apple Pay.

11. Plaintiff was typically paid for work he performed three weeks after this work had been completed.

12. Defendant stopped paying Plaintiff on June 9, 2023.

13. Plaintiff continued working his normal schedule for Defendant after this time, but Defendant failed to pay him for any work performed between June 9, 2023 and July 1, 2023.

14. Additionally, Plaintiff was not paid a lawful overtime rate for hours he worked over forty (40) in a workweek. Instead, Plaintiff was paid a production rate based on how much cable he installed.

15. As a result of Defendant failing to pay Plaintiff for the period between June 9, 2023 and July 1, 2023, Defendant is liable to the Plaintiff for minimum wage damages in the amount of $1,320.00, and an equivalent amount of liquidated damages under the liquidated damages provision of the Fair Labor Standards Act.

16. As a result of Defendant failing to pay Plaintiff a lawful overtime premium rate during his employment, Defendant is liable to Plaintiff for overtime wage damages in the amount of $3,135.00, and an equivalent amount of liquidated damages under the liquidated damages provision of the Fair Labor Standards Act.

17. With this Motion, Plaintiffs' counsel submits the Plaintiff's declaration in support of the damages and a calculation of damages attached and hereby incorporated as Exhibit 1.

18.     In sum, Defendants are liable to Plaintiffs for monetary damages in the amount of $4,455.00, for unpaid minimum wages and overtime wages as set forth in Exhibit 1 to the attached.

19.     Under the liquidated damages provisions of the Fair Labor Standards Act and the Arkansas Minimum Wage Act, Plaintiff is owed $4,455.00 in liquidated damages, or double the amount of back wages for unpaid minimum wage and overtime premiums, for Defendant knowingly failing to pay him a lawful minimum wage and overtime rate.

20.     Plaintiff seeks a default judgment against the Defendant for a total of $8,910.00 for actual wage damages, liquidated damages, and pre-judgment interest under the FLSA and AMWA.

WHEREFORE, premises considered, Plaintiff respectfully requests this Court grant this Motion; to enter a default judgment against Defendant in the amount of $8,910.00, plus costs and a reasonable attorney's fee, to be determined after the filing of a motion by Plaintiff in accordance with the Federal Rules of Civil Procedure; and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**PLAINTIFF AARON HURST**

WH Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:     Chris Burks (ABN: 2010207)
        chris@wh.law