IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AARON HURST**                                                                                          **PLAINTIFF**

v.                                      **CASE NO. 3:23-CV-00195-BSM**

**DMC, LLC**                                                                                              **DEFENDANT**

## ORDER

Aaron Hurst's motion for default judgment against DMC, LLC [Doc. No. 5] is granted. DMC was served with a summons and a copy of the complaint on October 4, 2023, and failed to respond. Doc. No. 2. A clerk's default was entered against DMC on January 30, 2024. Doc. No. 4. Hurst now moves for default judgment and DMC has failed to respond. Doc. No. 5.

Judgment is therefore entered in favor of Hurst and against DMC in the amount of $8,910 for actual wage damages, liquidated damages, and pre-judgment interest under the Fair Labor Standards Act and Arkansas Minimum Wage Act.

IT IS SO ORDERED this 9th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE