IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AARON HURST**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00195-BSM**

**DMC, LLC**                                                                                         **DEFENDANT**

## DEFAULT JUDGMENT

Consistent with the order entered today, judgment is entered in favor of Aaron Hurst and against DMC, LLC in the amount of $8,910 for actual wage damages, liquidated damages, and pre-judgment interest under the Fair Labor Standards Act and Arkansas Minimum Wage Act.

IT IS SO ORDERED this 9th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE